CLOSED,INTERPRETER

# U.S. District Court
# Eastern District of Virginia − (Alexandria)
# CRIMINAL DOCKET FOR CASE #: 1:12−cr−00435−CMH−1

Case title: USA v. Gross

Date Filed: 10/03/2012
Date Terminated: 03/05/2013

Assigned to: District Judge Claude M. Hilton

**Defendant (1)**

**Susan Lee Gross**
*TERMINATED: 03/05/2013*

represented by **Billy Hicks**
5415−C Backlick Rd
Springfield, VA 22151
(703) 354−4000
Email: brhickslaw@aol.com
*TERMINATED: 11/19/2012*
*LEAD ATTORNEY*
*Designation: Retained*

**Joan Caroline Robin**
Law Office of Joni C Robin PLLC
114 N. Alfred Street
Alexandria, VA 22314
703−349−1111
Fax: 703−349−1118
Email: joni@jonirobinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371 Conspiracy to Transport an Individual for Purposes of Prostitution (5/2012) (1) | 30 mos. w/2 year SR term on each of Counts 1 &2 − Concurrent |
| 18:1956(h) Conspiracy to Commit Money Laundering (05/2012) (2) | 30 mos. w/2 year SR term on each of Counts 1 &2 − Concurrent |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Michael J Frank**<br>United States Attorney Office<br>2100 Jamieson Ave<br>Alexandria, VA 22314<br>**NA**<br>Email: Michael.Frank@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/09/2012 | | | Set Hearing as to Susan Lee Gross:<br>Plea Agreement Hearing set for 10/25/2012 at 09:30 AM in Alexandria Courtroom 800 before District Judge Claude M. Hilton. (rban, ) (Entered: 10/09/2012) |
| 10/10/2012 | | | **KOREAN Interpreter Requested** in case as to Susan Lee Gross (krob, ) (Entered: 10/10/2012) |
| 10/10/2012 | | | **Interpreter Information: Sunsan Lee (Court Interpreting Services)** is the Interpreter. Korean is the type of language required. Appointment is set for 10/25/12 @ 9:30 am for a Plea. (krob, ) Modified on 10/12/2012 (krob, ). (Entered: 10/10/2012) |
| 10/25/2012 | 2 | | WAIVER OF INDICTMENT by Susan Lee Gross (tarm) (Entered: 10/25/2012) |
| 10/25/2012 | 3 | 6 | INFORMATION as to Susan Lee Gross (1) count(s) 1, 2. (tarm) (Entered: 10/25/2012) |
| 10/25/2012 | 4 | | Minute Entry for proceedings held before District Judge Claude M. Hilton: Plea Agreement Hearing as to Susan Lee Gross held on 10/25/2012. US appeared through: Michael Frank. Dft appeared w/counsel Billy Hicks and Korean Interpreter Sunsan Lee. Dft PG to Counts 1 and 2 of the Criminal Information filed. Plea entered by Susan Lee Gross (1) and Accepted; Guilty Counts 1,2. Dft referred to PO for PSIR and Sentencing set for 2/1/2013 at 09:00 AM in Alexandria Courtroom 800 before District Judge Claude M. Hilton. Dft placed on PR bond. (Court Reporter: Westfall)(tarm) (Entered: 10/25/2012) |
| 10/25/2012 | 5 | | PLEA AGREEMENT as to Susan Lee Gross (tarm) (Entered: 10/25/2012) |

| | | | |
|---|---|---|---|
| 10/25/2012 | 6 | | Statement of Facts as to Susan Lee Gross (tarm) (Entered: 10/25/2012) |
| 10/25/2012 | 7 | | ORDER Setting Conditions of Release as to Susan Lee Gross (1) PR Bond as to Susan Lee Gross. Signed by District Judge Claude M. Hilton on 10/25/12. (tarm) (Entered: 10/25/2012) |
| 11/16/2012 | 8 | | Notice of Substitution of Counsel (Robin, Joan) (Entered: 11/16/2012) |
| 11/16/2012 | 9 | | MOTION to Substitute Attorney by Susan Lee Gross. (Attachments: # 1 Proposed Order)(Robin, Joan) (Entered: 11/16/2012) |
| 11/19/2012 | 10 | | ORDER granting 9 Motion to Substitute Attorney as to Susan Lee Gross (1). Signed by District Judge Claude M. Hilton on 11/19/20. (krob, ) (Entered: 11/20/2012) |
| 12/28/2012 | 11 | | PRESENTENCE INVESTIGATION REPORT (Disclosed Presentence Investigation Report) (SEALED − government and defense counsel) as to Susan Lee Gross. Objections to PSI due 01−14−2013. (Attachments: # 1 Letter Acceptance)(hiner, irene) (Entered: 12/28/2012) |
| 01/08/2013 | 12 | | Consent MOTION to Continue *sentencing hearing* by Susan Lee Gross. (Attachments: # 1 Proposed Order)(Robin, Joan) (Entered: 01/08/2013) |
| 01/15/2013 | 13 | | ORDER granting 12 Motion to Continue; ORDERED that the sentencing hearing in the above captioned case shall be continued until March 1, 2013 at 9:00 am as to Susan Lee Gross (1). Signed by District Judge Claude M. Hilton on 01/15/2013. (jlan) (Entered: 01/16/2013) |
| 01/15/2013 | | | Reset Hearing as to Susan Lee Gross: Sentencing set for 3/1/2013 at 09:00 AM in Alexandria Courtroom 800 before District Judge Claude M. Hilton. (jlan) (Entered: 01/16/2013) |
| 02/21/2013 | 14 | | PRESENTENCE INVESTIGATION REPORT (Sentencing Presentence Investigation Report) (SEALED − government and defense counsel) as to Susan Lee Gross. (Attachments: # 1 Letter Acceptance, # 2 Letter Changes to PSR)(hiner, irene) (Entered: 02/21/2013) |
| 02/21/2013 | | | **Interpreter Information: Sunsan Lee** (Court Interpreting Services) is the Interpreter. Korean is the type of language required. Appointment is set for 3/1/13 @ 9:00 am for a Sentencing. (krob, ) (Entered: 02/21/2013) |
| 02/22/2013 | 16 | | NOTICE *of motion to seal* by Susan Lee Gross (Robin, Joan) (Entered: 02/22/2013) |
| 02/22/2013 | 17 | | MOTION to Seal by Susan Lee Gross. (Attachments: # 1 Proposed Order)(Robin, Joan) (Entered: 02/22/2013) |
| 02/22/2013 | 19 | | Sealed Document (jlan) (Entered: 02/26/2013) |
| 02/24/2013 | 18 | | SENTENCING MEMORANDUM by USA as to Susan Lee Gross (Frank, Michael) (Entered: 02/24/2013) |
| 03/01/2013 | 20 | | Minute Entry for proceedings held before District Judge Claude M. Hilton: Sentencing held on 3/1/2013 for Susan Lee Gross (1), Count(s) 1, 2. US appeared through: Michael Frank. Dft appeared w/counsel Joan Robin and Korean Interpreter Sunsan Lee (Court Interpreting Services). Based on the ruling of the 6th Circuit, the Court finds the guidelines to be properly assessed |

| | | | |
|---|---|---|---|
| | | | at a range of 33 to 41 months. Considering the factors under § 3553, and considering the defendant's health and family obligations, the Court finds that a sentence somewhat below the guideline range is appropriate. Dft committed to the custody of the US Atty General to serve a term of 30 mos. w/2 year SR term on each of Counts 1 &2 − Concurrent. $100 assessment on each of Count 1 &2 = $200. Consent Order of Forfeiture entered and filed in open court. The Court rec. that the dft be designated to SPC Phoenix. Dft to vol. surrender once space is available. (Court Reporter: Westfall)(tarm) (Entered: 03/01/2013) |
| 03/01/2013 | 21 | | CONSENT ORDER OF FORFEITURE as to Susan Lee Gross. Signed by District Judge Claude M. Hilton on 3/1/13. (tarm) (Entered: 03/01/2013) |
| 03/05/2013 | 22 | 11 | JUDGMENT as to Susan Lee Gross (1), Counts 1, 2; 30 mos. w/2 year SR term on each of Counts 1 &2 − Concurrent. Signed by District Judge Claude M. Hilton on 3/5/13. (tarm) (Entered: 03/11/2013) |
| 03/05/2013 | 23 | | Sealed Statement of Reasons as to Susan Lee Gross. JCSigned by District Judge Claude M. Hilton on 3/5/13. (tarm) (Entered: 03/11/2013) |
| 03/18/2013 | 24 | | MOTION to Continue *self surrender date* by Susan Lee Gross. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Robin, Joan) (Entered: 03/18/2013) |
| 03/18/2013 | 25 | | NOTICE *of filing* by Susan Lee Gross re 24 MOTION to Continue *self surrender date* (Robin, Joan) (Entered: 03/18/2013) |
| 03/22/2013 | 26 | | ORDER granting 24 Motion to Continue; ORDERED that the defendant shall not be required to report to the Federal Bureau of Prisons to serve the sentence imposed on March 1, 2013 until on or after May 25, 2013 as to Susan Lee Gross (1). Signed by District Judge Claude M. Hilton on 03/22/2013. (jlan) (Entered: 03/27/2013) |
| 05/03/2013 | 27 | | Consent MOTION to amend placement recommendation by Susan Lee Gross. (Attachments: # 1 Proposed Order)(Robin, Joan) (Entered: 05/03/2013) |
| 05/23/2013 | 28 | | ORDER granting 27 Motion as to Susan Lee Gross (1). ORDERED that said motion is Granted; and FURTHER ORDERED that Court amends its Placement Recommendation to Read: *The Court is aware that the BOP has designated the defendant to Coleman, FL. The Court strongly recommends that the BOP reconsider this placement and designate the defendant to SPC Phoenix, AZ. The purpose of this recommendation is to facilitate regular visitation with the defendant's family in South Central, CO, with whom she shares a close relationship.* FURTHER ORDERED that the Probation Office forward the amended Judgment to the DSCC via eDesignate. Signed by District Judge Claude M. Hilton on 5/23/13. (tche) (Entered: 05/28/2013) |
| 01/06/2014 | 29 | | LETTER MOTION to Appoint Counsel by Susan Lee Gross. (pmil, ) (Entered: 02/11/2014) |
| 01/06/2014 | 30 | | Sealed Documents − Medical Records attached to 29 LETTER MOTION to Appoint Counsel filed by Susan Lee Gross (pmil, ) (Entered: 02/11/2014) |
| 02/10/2014 | 31 | | ORDER denying 29 Letter Motion to Appoint Counsel as to Susan Lee Gross (1). Signed by District Judge Claude M. Hilton on 02/10/14. (Copy mailed to Deft) (pmil, ) (Entered: 02/11/2014) |

| 01/05/2016 | 32 | 16 | Probation Jurisdiction Transferred to District of Colorado (Colorado Springs) as to Susan Lee Gross Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (lbru, ) (Entered: 01/05/2016) |
|---|---|---|---|

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT
OCT 25
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 1:12-CR-435-CMH |
| | ) | |
| SUSAN LEE GROSS, | ) | Count One: 18 U.S.C. § 371 |
| a.k.a. "Susan Leegross," | ) | (Conspiracy to Transport an Individual for |
| a.k.a. "Ju Mee Lee-Gross," | ) | Purposes of Prostitution and to Entice and |
| a.k.a. "Ju Mee Lee Gross," | ) | Encourage an Individual to Travel Interstate |
| a.k.a. "Ju Mee Lee," | ) | for purposes of Prostitution, in violation of |
| a.k.a. "Nancy," | ) | 18 U.S.C. §§ 2421 and 2422) |
| a.k.a. "Coco," | ) | |
| a.k.a. "Chanel," | ) | Count Two: 18 U.S.C. § 1956(h) |
| a.k.a. "Beautiful," | ) | (Conspiracy to Commit Money Laundering, |
| a.k.a. "Sky," | ) | in violation of 18 U.S.C. § 1956(a)(1)(A)(i) |
| a.k.a. "Flower," | ) | and (a)(1)(B)(i)) |
| a.k.a. "Butterfly," | ) | |
| | ) | Forfeiture Notice |
| Defendant. | ) | |

## CRIMINAL INFORMATION

### COUNT ONE

**Conspiracy to Transport an Individual and to Entice an Individual to Travel Interstate**
(18 U.S.C. § 371)

THE UNITED STATES ATTORNEY CHARGES THAT:

From in and around February 2011 to in and around May 2012, in Fairfax County, in the Eastern District of Virginia, and elsewhere, the defendant, SUSAN LEE GROSS, did unlawfully and knowingly combine, conspire, confederate, and agree with Jin Seob Oh, a woman whose initials are "JSK," and others: to transport an individual in interstate and foreign commerce with intent that such individual engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section

2421; and to persuade, induce, and entice an individual to travel in intestate and foreign commerce to engage in prostitution and any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422.

(All in violation of Title 18, United States Code, Section 371).

## COUNT TWO

### Conspiracy to Commit Money Laundering
(18 U.S.C. § 1956(h))

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

From in and around February 2011 to in and around May 2012, in Fairfax County, in the Eastern District of Virginia, and elsewhere, the defendant, SUSAN LEE GROSS, did unlawfully and knowingly combine, conspire, confederate, and agree with Jin Seob Oh, and a woman whose initials are "JSK," to commit the following offenses against the United States:

    a.    to knowingly conduct financial transactions affecting interstate and foreign commerce, involving the proceeds of a specified unlawful activity, with the intent that the transactions promote the carrying on of such specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

    b.    to knowingly conduct financial transactions affecting interstate and foreign commerce, and involving the proceeds of a specified unlawful activity, where such transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i),

In both instances, the specified unlawful activity involved was transportation of an individual in interstate commerce for purposes of prostitution and unlawful sexual activity, and the persuasion, inducement, and enticement of any individual to travel in interstate commerce for purposes of

prostitution and unlawful sexual activity, in violation of Title 18, United States Code, Sections 2421 and 2422.

(All in violation of Title 18, United States Code, Section 1956(h)).

## Forfeiture Notice

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant is hereby notified that, if convicted of the offenses alleged above, she shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1)(C), and Title 28, United States Code, Section 2461(c), all proceeds realized from the offense listed in Count One, and pursuant to Title 18, United States Code, Section 982(a)(1), all property, real or personal, involved in the offense listed in Count Two, including but not limited to the following property:

A cashier's check for $25,000 in U.S. currency.

Pursuant to Title 21, United States Code, Section 853(p), which is incorporated by Title 18, United States Code, Section 982(b), and Title 28, United States Code, Section 2461(c), the defendant shall forfeit substitute property, up to the value of $248,409, if, by any act or omission of the defendant, the $248,409 cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 18, United States Code, Sections 982(a)(6) and (b), Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.)

Neil H. MacBride
United States Attorney

By: _____
Michael J. Frank
Assistant United States Attorney

Case 1:15-cr-00399-REB   Document 2   Filed 01/06/16   USDC Colorado   Page 11 of 16
Case 1:12-cr-00435-CMH   Document 33   Filed 03/05/13   Page 11 of 16 PageID# 239

AO 245B (Rev. 09/11)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA
v.

SUSAN LEE GROSS
a/k/a Susan Leegross,
a/k/a Ju Mee Lee-Gross
a/k/a Ju Mee Lee Gross
a/k/a Ju Mee Lee
a/k/a Nancy
a/k/a Coco
a/k/a Chanel
a/k/a Beautiful
a/k/a Sky
a/k/a Flower
a/k/a Butterfly
Defendant.

Case Number: 1:12CR00435-001

USM Number: 81163-083

Defendant's Attorney: Joan Robin, Esquire

FILED MAR -5 2013 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Counts 1 and 2 of the Criminal Information.

Accordingly, the defendant is adjudicated guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Transport an Individual to Engage in Prostitution and to Induce and Entice an Individual to Travel in Interstate Commerce to Engage in Prostitution | Felony | 05/2012 | 1 |
| 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | Felony | 05/2012 | 2 |

As pronounced on March 1, 2013, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 5th day of March, 2013.

/s/
Claude M. Hilton
United States District Judge

AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Page 2 of 5

| | |
|---|---|
| Defendant's Name: | GROSS, SUSAN LEE |
| Case Number: | 1:12CR00435-001 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of THRITY (30) MONTHS. This term of imprisonment consists of a term of THIRTY (30) MONTHS on each of Counts 1 and 2, to run concurrently with each other.

The Court makes the following recommendations to the Bureau of Prisons:
    The Court recommends that the defendant be designated to SPC Phoenix.

The defendant shall surrender for service of the sentence at the institution designated by the Bureau of Prisons, as notified by United States Marshal.

## RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

Case 1:15-cr-00399-REB   Document 2   Filed 01/06/16   USDC Colorado   Page 13 of 16
Case 1:12-cr-00435-CMH   Document 33   Filed 01/05/16   Page 13 of 16 PageID# 241

AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
Sheet 3 – Supervised Release

Page 3 of 5

**Defendant's Name:** GROSS, SUSAN LEE
**Case Number:** 1:12CR00435-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of TWO (2) YEARS. This term consists of a term of TWO (2) YEARS on each of Counts 1 and 2 to run concurrently with each other.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of Supervised Release.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and periodic drug tests thereafter, as determined by the court.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or restitution obligation, it is a condition of Supervised Release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the standard conditions that have been adopted by this court set forth below:
1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 1:15-cr-00399-REB   Document 2   Filed 01/06/16   USDC Colorado   Page 13 of 16
Case 1:12-cr-00435-CMH   Document 33   Filed 01/05/16   Page 13 of 16 PageID# 241

AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Page 4 of 5

Defendant's Name: **GROSS, SUSAN LEE**
Case Number: **1:12CR00435-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 5.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $100.00 | $0.00 | $0.00 |
| 2 | $100.00 | $0.00 | $0.00 |
| **TOTALS:** | **$200.00** | **$0.00** | **$0.00** |

## FINES

No fines have been imposed in this case.

AO 245B (Rev. 09/11) (VAED rev. 2) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Page 5 of 5

Defendant's Name: GROSS, SUSAN LEE
Case Number: 1:12CR00435-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment shall be due in full immediately.

The defendant shall forfeit the defendant's interest in the following property to the United States:
  SEE Consent Order of Forfeiture entered by the Court on March 1, 2013.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed. Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.

| Prob 22 (VAE Rev 4/13) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:12CR00435-001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 15-cr-00399-REB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Susan Lee Gross | EASTERN DISTRICT OF VIRGINIA | Alexandria |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Claude M. Hilton | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 07/30/2015 — TO 07/29/2017 |

**OFFENSE:**

Conspiracy to Transport an Individual to Engage in Prostitution and to Induce and Entice an Individual to Travel in Interstate Commerce to Engage in Prostitution (Count 1), in violation of Title 18, U.S.C., Section 371; and Conspiracy to Commit Money Laundering (Count 2), in violation of Title 18, U.S.C., Section 1956(h)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF COLORADO (COLORADO SPRINGS) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Oct. 2, 2015
Date

/s/ Claude M. Hilton
Claude M. Hilton
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF COLORADO (COLORADO SPRINGS)</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 8, 2015
Effective Date

s/ Marcia S. Krieger
United States District Judge